Clear Form

**FILED**
MAY 24 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# ADR

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Joseph Camp

      Plaintiff,

vs.

Deutsche Bank National Trust et. al., and Carrington Mortgage Services & all agents

      Defendant.

CASE NO. C11-02523 CW

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, __Joe J Camp__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?      Yes ___ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____
3  _____
4  _____
5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7      a.  Business, Profession or                  Yes ✓ No __
8          self employment?
9      b.  Income from stocks, bonds,               Yes ___ No ✓
10         or royalties?
11     c.  Rent payments?                           Yes ___ No ___
12     d.  Pensions, annuities, or                  Yes ___ No ✓
13         life insurance payments?
14     e.  Federal or State welfare payments,       Yes ✓ No ___
15         Social Security or other govern-
16         ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____
20 Right Now Not working_____
21 3.  Are you married?                             Yes ___ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.  a.  List amount you contribute to your spouse's support:$ _____
27     b.  List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support. (NOTE: For minor

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2  _____

3  _____

4  5.   Do you own or are you buying a home?      Yes ✔  No ____

5  Estimated Market Value: $ 280,000   Amount of Mortgage: $ 320,000

6  6.   Do you own an automobile?       Yes ✔  No ____

7  Make Chevy     Year 1995     Model Astro Van

8  Is it financed? Yes ____ No ✔  If so, Total due: $ _____

9  MAZADA  89   B2200

10 7.   Do you have a bank account?  Yes ✔  No ____ (Do not include account numbers.)

11 Name(s) and address(es) of bank: US Bank

12 _____

13 Present balance(s):  $ 0

14 Do you own any cash?  Yes ____ No ✔  Amount: $ _____

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)             Yes ____ No ✔

17 _____

18 8.   What are your monthly expenses?

19 Rent: $ _____    Utilities: _____

20 Food: $ EBT      Clothing: _____

21 Charge Accounts:

22 Name of Account     Monthly Payment      Total Owed on This Account

23 _____       $ _____        $ _____

24 _____       $ _____        $ _____

25 _____       $ _____        $ _____

26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28 _____

1
2  10.     Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___  No ✔
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____
7  _____
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  _5/24/11_____              _____[signature]_____
12           DATE                                    SIGNATURE OF APPLICANT