IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE J. CAMP and JOSEPH CAMP, | No. C 11-02523 CW |
| Plaintiffs, | ORDER CONCERNING PLAINTIFF'S RESPONSES TO DEFENDANTS' MOTIONS |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | |
| Defendants. | |

On July 6, 2011, Defendant Bank of America, N.A., moved to dismiss Plaintiffs Joanne J. Camp and Joseph Camp's claims against it. Plaintiffs' response to Bank of America's motion was due July 20, 2011. Civ. L.R. 7-3(a). No response was received. On July 20, 2011, Defendants Deutsche Bank National Trust Company and Carrington Mortgage Services, LLC, moved to dismiss Plaintiffs' claims against them. Plaintiffs' response to these Defendants' motion is due August 3, 2011.

Plaintiff shall respond to Bank of America's and Deutsche Bank and Carrington Mortgage's motions by August 3, 2011. They shall do so in a single brief that does not exceed thirty-five pages. Defendants' replies shall be due seven days after Plaintiffs' response is filed. Defendants' motions will be decided on the papers.

Plaintiffs' failure to comply with this Order will result in the dismissal of their claims against these Defendants for failure to prosecute.

IT IS SO ORDERED.

Dated: 7/29/2011

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH CAMP et al,

        Plaintiff,

v.

DEUTSCH BANK NATIONAL TRUST COMPANY et al,

        Defendant.

Case Number: CV11-02523 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joanne J. Camp
5900 Tehama Avenue
Richmond, CA 94804

Joseph Camp
5900 Tehama Ave
Richmond, CA 94804

Dated: July 29, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

3