IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE J. CAMP and JOSEPH CAMP, | No. C 11-02523 CW |
|     Plaintiffs, | ORDER ON ATTENDANCE AT CASE MANAGEMENT CONFERENCE AND REGARDING SERVICE OF PROCESS |
|     v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | |
|     Defendants. | |

On August 30, 2011, a case management conference (CMC) was held in the above-entitled action.  Plaintiffs Joanne J. Camp and Joseph Camp did not appear.  Because Plaintiffs are proceeding pro se, they are provided with an additional opportunity to prosecute their action.  The Court sets a CMC for October 25, 2011 at 2:00 p.m.  Plaintiffs' failure to appear at the CMC will result in the dismissal of their action for failure to prosecute.

As noted in the Court's Order of August 8, 2011, the remaining Defendant in this action is "Legal Recovery Law Offices, Inc. Mark D. Walsh."  Pursuant to Federal Rule of Civil Procedure 4(m), this Defendant must be served by October 13, 2011.  By October 17, 2011, Plaintiffs must file proof that they have served this Defendant.  If they fail to do so, their action will be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: 8/31/2011

                              CLAUDIA WILKEN
                              United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE J. CAMP and JOSEPH CAMP, | No. C 11-02523 CW |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Joanne J. Camp
5900 Tehama Avenue
Richmond, CA 94804

Joseph Camp
5900 Tehama Ave
Richmond, CA 94804

Dated: August 31, 2011

Richard W. Wieking, Clerk

By: Nikki Riley, Deputy Clerk

2