IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE J. CAMP and JOSEPH CAMP,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 11-02523 CW<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

　　As noted in the Court's Order of August 8, 2011, the remaining Defendant in this action is "Legal Recovery Law Offices, Inc. Mark D. Walsh."

　　Plaintiffs Joanne J. Camp and Joseph Camp brought their claims against this Defendant on June 15, 2011, and under Federal Rule of Civil Procedure 4(m), service of process upon this Defendant should have been perfected by October 13, 2011.  In that order and in another order issued on August 31, 2011, the Court directed Plaintiffs to file proof of timely service by October 17, 2011, and the Court warned Plaintiffs that failure to do so would result in dismissal of their action for failure to prosecute.

　　Plaintiffs have not filed proof of timely service or a motion to extend time for service.  Thus, the Court dismisses Plaintiffs' action for failure to prosecute.

　　IT IS SO ORDERED.

Dated: 10/19/2011

_____
CLAUDIA WILKEN
United States District Judge